IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RIEKES EQUIPMENT COMPANY, a Nebraska Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>PALLET SHUTTLE AUTOMATION, LLC, a Tennessee Limited Liability Company;<br><br>Defendant. | 8:21CV430<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Stipulation of Dismissal with Prejudice (Filing No. 31). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice with each party to bear and pay their own costs and fees.

Dated this 23rd day of June, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge